METROPOLITAN PETROLEUM CORPORATION OF DELAWARE v. HARRY

CONTENT and Others.— Motion denied, without costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.